IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JACK THOMAS ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:25cv783-MHT |
| | ) | (WO) |
| JAMES G. GOGGANS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, who was incarcerated in the Elmore County Jail at the time, filed this lawsuit seeking relief related to a pending criminal case. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to follow a court order and failure to prosecute. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

**An appropriate judgment will be entered.**

**DONE, this the 28th day of September, 2026.**

**/s/ Myron H. Thompson**
**UNITED STATES DISTRICT JUDGE**